# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CEDRIC GREENE**                                                           **PLAINTIFF**

**v.**                                  **No. 3:26-cv-40-DPM**

**SALVATION ARMY BELL SHELTER**                              **DEFENDANT**

## JUDGMENT

Greene's complaint is dismissed without prejudice.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

14 April 2026